IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YEFERSON FRANCISCO SEQUERA RUIZ,<br><br>Petitioner,<br><br>v.<br><br>DAVID VENTURELLA, *Acting Director of U.S. ICE*, et al.,<br><br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 1:26-CV-1756-RP |

**FINAL JUDGMENT**

On July 6, 2026, the Court entered an order granting Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1). (Dkt. 10). Respondents advised the Court on July 8, 2026, that Petitioner was released from custody. (Dkt. 11). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on August 11, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE